B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

Name of Debtor (if individual, enter Last, First, Middle):
**BVN Homes, Inc., a California corporation**

Name of Joint Debtor (Spouse) (Last, First, Middle):

All Other Names used by the Debtor in the last 8 years
(include married, maiden, and trade names):

All Other Names used by the Joint Debtor in the last 8 years
(include married, maiden, and trade names):

Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN
(if more than one, state all):
**20-1614097**

Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN
(if more than one, state all):

Street Address of Debtor (No. and Street, City, and State):
**5305 E. Second St., Ste. 204
Long Beach, CA**                    ZIP CODE **90803**

Street Address of Joint Debtor (No. and Street, City, and State):

ZIP CODE

County of Residence or of the Principal Place of Business:
**Los Angeles**

County of Residence or of the Principal Place of Business:

Mailing Address of Debtor (if different from street address):

ZIP CODE

Mailing Address of Joint Debtor (if different from street address):

ZIP CODE

Location of Principal Assets of Business Debtor (if different from street address above):
**30 finished lots including 2 model homes located at Gaslight and Hopewell, Bermuda Dunes, CA**            ZIP CODE **92203**

**Type of Debtor**
(Form of Organization)
(Check one box.)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (if debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

☐ Health Care Business
☑ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

☐ Chapter 7          ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 9
☑ Chapter 11         ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding
☐ Chapter 12
☐ Chapter 13

**Nature of Debts**
(Check one box.)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)

☑ Full Filing Fee attached.

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

THIS SPACE IS FOR COURT USE ONLY

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B 1 (Official Form 1) (1/08)

Page 2

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

Name of Debtor(s):
BVN Homes, Inc.

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | None | Case Number: | Date Filed: |
|---|---|---|---|
| Location Where Filed: | None | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | None | Case Number: | Date Filed: |
|---|---|---|---|
| District: | | Relationship: | Judge: |

---

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
    Signature of Attorney for Debtor(s)    (Date)

---

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

---

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B 1 (Official Form) 1 (1/08)**

Page 3

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

Name of Debtor(s):
BVN Homes, Inc.

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

---

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|

X _____
Signature of Attorney for Debtor(s)
Stephen F. Biegenzahn
Printed Name of Attorney for Debtor(s)
Law Offices of Stephen F. Biegenzahn
Firm Name
4300 Via Marisol, Ste. 764, L.A., CA
Address
90042

213-617-0017
Telephone Number
December 31, 2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

| Signature of Debtor (Corporation/Partnership) |
|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
Geoffrey S. Payne
Printed Name of Authorized Individual
President
Title of Authorized Individual
December 31, 2009
Date

B6A (Official Form 6A) (12/07)

In re  BVN Homes, Inc. _____ , _____
              Debtor                                              Case No. _____
                                                                                        (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 30 finished lots in TTM 30483, Bermuda Dunes, CA 92203, | Fee | | 950,000.00 | 4,344,785.25 |
| including two model homes at 41348 and 41372 Gaslight Ave. | | | | |
| Bermuda Dunes, CA 92203 | | | | |
| | | Total ▶ | 950,000.00 | |
| | | | (Report also on Summary of Schedules.) | |

B 6B (Official Form 6B) (12/07)

In re __BVN Homes, Inc.__,                    Case No._____
                Debtor                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | Business checking/F&M Bank | | 1,639.89 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | CD - Coachella Valley Water District/F&M Bank | | 8,173.23 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | Furniture and furnishings in models | | 5,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re _BVN Homes, Inc._____,    Case No._____ (If known)
       **Debtor**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A -- Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re **BVN Homes, Inc.** ,                                    Case No._____
                    **Debtor**                                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____2_____ continuation sheets attached    Total▶  $          14,813.12

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B 6D (Official Form 6D) (12/07)

In re  __BVN Homes, Inc._____,          Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxx00001 | | | Deed of Trust | | | | | |
| California Bank & Trust P.O. Box 518 Lawndale, CA 90260-0518 | | | VALUE $ 950,000.00 | | | | 4,344,785.25 | |
| ACCOUNT NO. 007-2 | | | | | | | | |
| Don Kent County Treasurer P.O. Box 12005 Riverside, CA 92502 | | | VALUE $ 15,000.00 | | | | 1,356.17 | |
| ACCOUNT NO. 008-3 | | | | | | | | |
| Don Kent County Treasurer P.O. Box 12005 Riverside, CA 92502 | | | VALUE $ 15,000.00 | | | | 1,656.17 | |
| _6_  continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $ | $ |
| | | | Total ▶ (Use only on last page) | | | | $ 4,347,498.00 | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6D (Official Form 6D) (12/07) — Cont.

In re __BVN Homes, Inc.__ ,    Case No. _____
                    Debtor                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 009-4 | | | | | | | | |
| Don Kent County Treasurer P.O. Box 12005 Riverside, CA 92502 | | | VALUE $ 15,000.00 | | | | 1,356.17 | |
| ACCOUNT NO. 010-4 | | | | | | | | |
| Don Kent County Treasurer P.O. Box 12005 Riverside, CA 92502 | | | VALUE $ 15,000.00 | | | | 1,356.17 | |
| ACCOUNT NO. 011-5 | | | | | | | | |
| Don Kent County Treasurer P.O. Box 12005 Riverside, CA 92502 | | | VALUE $ 265,000.00 | | | | 5,616.83 | |
| ACCOUNT NO. 012-6 | | | | | | | | |
| Don Kent County Treasurer P.O. Box 12005 Riverside, CA 92502 | | | VALUE $ 265,000.00 | | | | 5,833.69 | |
| ACCOUNT NO. 013-7 | | | | | | | | |
| Don Kent County Treasurer P.O. Box 12005 Riverside, CA 92502 | | | VALUE $ 15,000.00 | | | | 1,356.17 | |
| Sheet no. _1_ of _6_ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (s) ▶ (Total(s) of this page) | | | | $ 15,519.03 | $ |
| | | | Total(s) ▶ (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

2

B 6D (Official Form 6D) (12/07) – Cont.

In re __BVN Homes, Inc.__ ,                                    Case No. _____
                    **Debtor**                                                   **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL. | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 014-8 | | | | | | | | |
| Don Kent County Treasurer P.O. Box 12005 Riverside, CA 92502 | | | VALUE $ 15,000.00 | | | | 1,356.17 | |
| ACCOUNT NO. 015-9 | | | | | | | | |
| Don Kent County Treasurer P.O. Box 12005 Riverside, CA 92502 | | | VALUE $ 15,000.00 | | | | 1,356.17 | |
| ACCOUNT NO. 016-0 | | | | | | | | |
| Don Kent County Treasurer P.O. Box 12005 Riverside, CA 92502 | | | VALUE $ 15,000.00 | | | | 1,356.17 | |
| ACCOUNT NO. 017-1 | | | | | | | | |
| Don Kent County Treasurer P.O. Box 12005 Riverside, CA 92502 | | | VALUE $ 15,000.00 | | | | 1,356.17 | |
| ACCOUNT NO. 018-2 | | | | | | | | |
| Don Kent County Treasurer P.O. Box 12005 Riverside, CA 92502 | | | VALUE $ 15,000.00 | | | | 1,356.17 | |
| Sheet no. __2__ of __6__ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (s) ▶ (Total(s) of this page) | | | | $ 5,424.68 | $ |
| | | | Total(s) ▶ (Use only on last page) | | | | $ (Report also on Summary of Schedules) | $ (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

2

B 6D (Official Form 6D) (12/07) – Cont.

In re __BVN Homes, Inc.__ ,                                    Case No. _____ ,
                    **Debtor**                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

2

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 011-4 |  |  |  |  |  |  |  |  |
| Don Kent County Treasurer P.O. Box 12005 Riverside, CA 92502 |  |  | VALUE $    15,000.00 |  |  |  | 1,356.17 |  |
| ACCOUNT NO. 012-5 |  |  |  |  |  |  |  |  |
| Don Kent County Treasurer P.O. Box 12005 Riverside, CA 92502 |  |  | VALUE $    15,000.00 |  |  |  | 1,356.17 |  |
| ACCOUNT NO. 013-6 |  |  |  |  |  |  |  |  |
| Don Kent County Treasurer P.O. Box 12005 Riverside, CA 92502 |  |  | VALUE $    15,000.00 |  |  |  | 1,356.17 |  |
| ACCOUNT NO. 014-7 |  |  |  |  |  |  |  |  |
| Don Kent County Treasurer P.O. Box 12005 Riverside, CA 92502 |  |  | VALUE $    15,000.00 |  |  |  | 1,356.17 |  |
| ACCOUNT NO. 015-8 |  |  |  |  |  |  |  |  |
| Don Kent County Treasurer P.O. Box 12005 Riverside, CA 92502 |  |  | VALUE $    1,500.00 |  |  |  | 1,356.17 |  |
| Sheet no. __3__ of __6__ continuation sheets attached to Schedule of Creditors Holding Secured Claims |  |  | Subtotal (s) ► (Total(s) of this page) |  |  |  | $ |  $ |
|  |  |  | Total(s) ► (Use only on last page) |  |  |  | $    5,424.68 | $ |
|  |  |  |  |  |  |  | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6D (Official Form 6D) (12/07) — Cont.

In re __BVN Homes, Inc._____,                    Case No. _____
                    **Debtor**                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

2

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 016-9 | | | | | | | | |
| Don Kent County Treasurer P.O. Box 12005 Riverside, CA 92502 | | | VALUE $ 15,000.00 | | | | 1,356.17 | |
| ACCOUNT NO. 017-0 | | | | | | | | |
| Don Kent County Treasurer P.O. Box 12005 Riverside, CA 92502 | | | VALUE $ 15,000.00 | | | | 1,356.17 | |
| ACCOUNT NO. 018-1 | | | | | | | | |
| Don Kent County Treasurer P.O. Box 12005 Riverside, CA 92502 | | | VALUE $ 15,000.00 | | | | 1,356.17 | |
| ACCOUNT NO. 019-2 | | | | | | | | |
| Don Kent County Treasurer P.O. Box 12005 Riverside, CA 92502 | | | VALUE $ 15,000.00 | | | | 1,356.17 | |
| ACCOUNT NO. 020-2 | | | | | | | | |
| Don Kent County Treasurer P.O. Box 12005 Riverside, CA 92502 | | | VALUE $ 1,500.00 | | | | 1,356.17 | |
| Sheet no. _4_ of _6_ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (s) ▶ (Total(s) of this page) | | | | $ | $ |
| | | | Total(s) ▶ (Use only on last page) | | | | $ 5,424.68 | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6D (Official Form 6D) (12/07) – Cont.

In re  BVN Homes, Inc. _____ ,    Case No. _____
       **Debtor**                      (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL. | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 021-3 | | | | | | | | |
| Don Kent County Treasurer P.O. Box 12005 Riverside, CA 92502 | | | VALUE $ 15,000.00 | | | | 1,356.17 | |
| ACCOUNT NO. 022-4 | | | | | | | | |
| Don Kent County Treasurer P.O. Box 12005 Riverside, CA 92502 | | | VALUE $ 15,000.00 | | | | 1,356.17 | |
| ACCOUNT NO. 023-5 | | | | | | | | |
| Don Kent County Treasurer P.O. Box 12005 Riverside, CA 92502 | | | VALUE $ 15,000.00 | | | | 1,356.17 | |
| ACCOUNT NO. 024-6 | | | | | | | | |
| Don Kent County Treasurer P.O. Box 12005 Riverside, CA 92502 | | | VALUE $ 15,000.00 | | | | 1,356.17 | |
| ACCOUNT NO. 025-7 | | | | | | | | |
| Don Kent County Treasurer P.O. Box 12005 Riverside, CA 92502 | | | VALUE $ 15,000.00 | | | | 1,356.17 | |
| Sheet no. 5 of 6 continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (s) ► (Total(s) of this page) | | | | $ | $ |
| | | | Total(s) ► (Use only on last page) | | | | $ 5,424.68 (Report also on Summary of Schedules.) | $ (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

2

B 6D (Official Form 6D) (12/07) – Cont.

In re  BVN Homes, Inc.  ,                Case No.  _____
                    Debtor                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 026-8 | | | | | | | | |
| Don Kent County Treasurer P.O. Box 12005 Riverside, CA 92502 | | | VALUE $ 15,000.00 | | | | 1,356.17 | |
| ACCOUNT NO. 027-9 | | | | | | | | |
| Don Kent County Treasurer P.O. Box 12005 Riverside, CA 92502 | | | VALUE $ 15,000.00 | | | | 1,356.17 | |
| ACCOUNT NO. 028-0 | | | | | | | | |
| Don Kent County Treasurer P.O. Box 12005 Riverside, CA 92502 | | | VALUE $ 15,000.00 | | | | 1,356.17 | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. __6__ of __6__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s) ► (Total(s) of this page) $  4,068.51

Total(s) ► (Use only on last page) $  4,388,784.26

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

2

B 6E (Official Form 6E) (12/07)

In re  BVN Homes, Inc. _____,  Case No._____ (if known)
               Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of all amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B 6E (Official Form 6E) (12/07) – Cont.

In re **BVN Homes, Inc.**,                    Case No. _____
                     **Debtor**                                          **(if known)**

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** _____ continuation sheets attached

Form B6F (Official Form 6F) - (Rev. 12/07)

In re __BVN Homes, Inc.__ Debtor. Case No.: _____ (If known)

2007 USBC, Central District of California

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. | | | | | | | |
| Yosemite Waters 522 I Street Brawley, CA 92227 | | | July 2007 Services Rendered | | | X | $18.50 |
| Last four digits of ACCOUNT NO. | | | | | | | |
| Bella Vista Norte, LLC 5305 E. 2nd St., #204 Long Beach, CA 90803 | | | 2006 Loan | | | | $1,220,991.69 |
| Last four digits of ACCOUNT NO. | | | | | | | |
| TRREDC Investors, LLC 5305 E. 2nd St., #204 Long Beach, CA 90803 | | | 2004 Loan | | | | $1,553,219.35 |
| Last four digits of ACCOUNT NO. | | | | | | | |
| Tahiti Partners Real Estate Development Corp. 5305 E. 2nd St., Ste. 204 Long Beach, CA 90803 | | | 2006 Loan | | | | $305,582.87 |
| | | | | | Subtotal ► | | $ 3,079,812.41 |
| | | | | | Total ► (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ |

__10__ Continuation Sheets attached

Form B6F (Official Form 6F) - (Rev. 12/07)

2007 USBC, Central District of California

In re  BVN Homes, Inc.

Debtor.

Case No.:

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. | | | | | | | |
| Eugene Johnson Trust 4335 Country Club Lane Long Beach, CA 90807 | | | 2007 Loan | | | | $100,000.00 |
| Last four digits of ACCOUNT NO. | | | | | | | |
| Geoffrey S. Payne P.O. Box 3443 Long Beach, CA 90803 | | | 2008 Loan | | | | $218,000.00 |
| Last four digits of ACCOUNT NO. | | | | | | | |
| Last four digits of ACCOUNT NO. | | | | | | | |
| | | | | Subtotal ▶ | | | $ 218,000.00 |
| | | | | Total ▶ | | | $ |

Sheet no. 1 of 10 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)

2007 USBC, Central District of California

In re **BVN Homes, Inc.**  Debtor.

Case No.: _____ (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br><br> Alarcon Sons, Inc. <br> 5111 Gayhurst Ave. <br> Baldwin Park, CA 91706 | | | July 2007 <br><br> Services Rendered | | | x | $2,375.27 |
| Last four digits of ACCOUNT NO. <br><br> Contactrs & Devloprs Bonding <br> 534 East Badillo Street <br> Covina, CA 91723 | | | July 2007 <br><br> Services Rendered | | | x | $25,223.50 |
| Last four digits of ACCOUNT NO. <br><br> Bldg. Ind. Assoc. Desert Ch. <br> 77-570 Springfield Lane, Ste. E <br> Palm Desert, CA 92211 | | | July 2007 <br><br> Services Rendered | | | x | $675.00 |
| Last four digits of ACCOUNT NO. <br><br> Bldrs Term. & Pest Cntl, Inc. <br> 1139 S. Placentia Ave. <br> Fullerton, CA 92831 | | | July 2007 <br><br> Services Rendered | | | x | $625.00 |

Sheet no. **2** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 28,898.77

Total ►  $ _____
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)

In re __BVN Homes, Inc.__ , 2007 USBC, Central District of California
Debtor.

Case No: _____ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. Creative Outdoor Advertising 2900 Adams Street, Ste. B-16 Riverside, CA 92504 | | | July 2007 Services Rendered | | | x | $4,194.00 |
| Last four digits of ACCOUNT NO. Desert Sun Publishing Attn: Accounting P.O. Box 2737 Palm Springs, CA 92263 | | | July 2007 Services Rendered | | | x | $8,340.50 |
| Last four digits of ACCOUNT NO. Desert Lighting Solutions,Inc 77-919 Las Montanas Rd. Palm Springs, CA 92211 | | | July 2007 Services Rendered | | | x | $1,798.82 |
| Last four digits of ACCOUNT NO. Earth Systems Southwest P.O. Box 3757 San Luis Obispo, CA 93403 | | | July 2007 Services Rendered | | | x | $1,000.00 |

Sheet no. __3__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 15,333.32

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)

2007 USBC, Central District of California

In re **BVN Homes, Inc.** Debtor.

Case No.: (If Known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>Elecore, Inc.<br>8188 Lincoln Ave., Ste. 100<br>Riverside, CA 92504 | | | July 2007<br><br>Services Rendered | | | X | $2,765.00 |
| Last four digits of ACCOUNT NO.<br><br>Interior Specialists, Inc.<br>1630 Faraday Ave.<br>Carlsbad, CA 92008 | | | July 2007<br><br>Services Rendered | | | X | $29,128.80 |
| Last four digits of ACCOUNT NO.<br><br>The Gas Company<br>P.O. Box C<br>Monterey Park, CA 91756 | | | July 2007<br><br>Services Rendered | | | X | $101.34 |
| Last four digits of ACCOUNT NO.<br><br>The Greater Alarm Co., Inc.<br>P.O. Box 660824<br>Dallas, TX 75266-0824 | | | July 2007<br><br>Services Rendered | | | X | $324.00 |

Sheet no. 4 of 10 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 32,319.14

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)

In re **BVN Homes, Inc.** Debtor.

Case No.: _____ (if known)

2007 USBC, Central District of California

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>Halinda Engineering, Inc.<br>38800 Sky Canyon Drive, Ste.A<br>Murrieta, CA 92563 | | | July 2007<br><br>Services Rendered | | | X | $101,009.25 |
| Last four digits of ACCOUNT NO.<br>Home Clng. Ctrs. of America<br>777 S. Williams Road<br>Palm Springs, CA 92264 | | | July 2007<br><br>Services Rendered | | | X | $3,740.00 |
| Last four digits of ACCOUNT NO.<br>Imperial Irrigation District<br>P.O. Box 937<br>333 East Barioni Blvd.<br>Imperial, CA 92251-0937 | | | July 2007<br><br>Services Rendered | | | X | $195.08 |
| Last four digits of ACCOUNT NO.<br>JT Construction, Inc.<br>1320 E, 6th Street, #100<br>Corona, CA 92879 | | | July 2007<br><br>Services Rendered | | | X | $60,466.47 |
| | | | | | | Subtotal ▶ | $165,410.80 |
| | | | | | | Total ▶ | $ |

Sheet no. 5 of 10 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)

2007 USBC, Central District of California

In re __BVN Homes, Inc.__ Debtor.

Case No.: _____ (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>Modular Space Corporation<br>12603 Collection Center Dr.<br>Chicago, IL 60693 | | | July 2007<br><br>Services Rendered | | | X | $11,513.17 |
| Last four digits of ACCOUNT NO.<br>Nyoma Water Company<br>79-050 42nd Ave.<br>Bermuda Dunes, CA 92203 | | | July 2007<br><br>Services Rendered | | | X | $724.05 |
| Last four digits of ACCOUNT NO.<br>National Tractor Service, Inc<br>5111 Gayhurst Ave.<br>Baldwin Park, CA 91706 | | | July 2007<br><br>Services Rendered | | | X | $3120.00 |
| Last four digits of ACCOUNT NO.<br>New Homes Directory<br>39977 Savanna Way<br>Murieta, CA 92563 | | | July 2007<br><br>Services Rendered | | | X | $750.00 |
| | | | | | Subtotal ▶ | | $ 16,107.22 |
| | | | | | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) ▶ | | $ |

Sheet no. __6__ of __10__ sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

Form B6F (Official Form 6F) - (Rev. 12/07)

In re __BVN Homes, Inc.__ , Debtor.

Case No.: _____ (if known)

2007 USBC, Central District of California

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> New Concepts Landscaping <br> 1000 N. Caballeros St. <br> Palm Springs, CA 92262 | | | July 2007 <br><br> Services Rendered | | | x | $1,400.00 |
| Last four digits of ACCOUNT NO. <br> Nolte Beyond Engineering <br> 2495 Natomas Park Dr., 4th Fl <br> Sacramento, CA 95833 | | | July 2007 <br><br> Services Rendered | | | x | $1,478.76 |
| Last four digits of ACCOUNT NO. <br> Pacific Production Plumbing <br> 4055 Trail Creek Rd. <br> Riverside, CA 92505 | | | July 2007 <br><br> Services Rendered | | | x | $40.41 |
| Last four digits of ACCOUNT NO. <br> Paragon Schmid Bldg. Products <br> P.O. Box 3419 <br> Rancho Cucamonga, CA 91729 | | | July 2007 <br><br> Services Rendered | | | x | $198.10 |
| | | | | | | Subtotal ▶ | $ 3,117.27 |
| | | | | | | Total ▶ | $ |

Sheet no. __7__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)

2007 USBC, Central District of California

In re  __BVN Homes, Inc.__  Debtor.

Case No: _____ (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>PBC Companies<br>1560 W. Lambert Rd.<br>Brea, CA 92821 | | | July 2007<br><br>Services Rendered | | | X | $10,498.18 |
| Last four digits of ACCOUNT NO.<br>Peterson Bros. Construction<br>1560 W. Lambert Rd.<br>Brea CA 92821 | | | July 2007<br><br>Services Rendered | | | X | $1,166.47 |
| Last four digits of ACCOUNT NO.<br>PMA Advertising & PR, Inc.<br>550 S. Oleander Rd.<br>Palm Springs, CA 92265 | | | July 2007<br><br>Services Rendered | | | X | $885.42 |
| Last four digits of ACCOUNT NO.<br>Riverside County Tax Collector<br>P.O. Box 12010<br>Riverside, CA 92502-2210 | | | July 2007<br><br>Services Rendered | | | X | $49,403.36 |
| | | | | | | Subtotal ▶ | $ 61,953.43 |
| | | | | | | Total | $ |

Sheet no. __8__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)

2007 USBC, Central District of California

In re __BVN Homes, Inc.__
Debtor.

Case No.: _____
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>The Gas Company<br>P.O. Box 2007<br>Monterey Park, CA 91756 | | | July 2007<br><br>Services Rendered | | | X | $18,951.97 |
| Last four digits of ACCOUNT NO.<br><br>Tandem West Glass, Inc.<br>P.O. Box 10020<br>Indio, CA 92202 | | | July 2007<br><br>Services Rendered | | | X | $720.00 |
| Last four digits of ACCOUNT NO.<br><br>Temp Power Systems<br>625 S. Fee Ana St.<br>Placentia, CA 92870 | | | July 2007<br><br>Services Rendered | | | X | $660.00 |
| Last four digits of ACCOUNT NO.<br><br>Tahiti Park. Real Est. Dev.Co<br>5305 E. Second St. #204<br>Long Beach, CA 90803 | | | July 2007<br><br>Services Rendered | | | X | $1,650.00 |
| | | | | | Subtotal ▶ | | $ 21,981.97 |
| | | | | | Total ▶ | | $ |

Sheet no. __9__ of __10__ sheets attached to
Schedule of Creditors Holding Unsecured
Nonpriority Claims

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)

2007 USBC, Central District of California

In re __BVN Homes, Inc.__                    Case No.: _____
                Debtor.                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>United Site Servs. of CA, Inc<br>Southern Division<br>3408 Hillcap Ave.<br>San Jose, CA 95136 | | | July 2007<br>Services Rendered | | | x | $721.99 |
| Last four digits of ACCOUNT NO.<br>Verizon California<br>P.O. Box 9688<br>Mission Hills, CA 91346 | | | July 2007<br>Services Rendered | | | x | $1,213.31 |
| Last four digits of ACCOUNT NO.<br>Wiezorek & Payne<br>5305 E. Second Street #204<br>Long Beach, CA 90803 | | | July 2007<br>Services Rendered | | | x | $248.00 |
| Last four digits of ACCOUNT NO.<br>West Coast Property Consultant<br>8801 Kennemar Drive<br>San Diego, CA 92121 | | | July 2007<br>Services Rendered | | | x | $2,500.00 |
| | | | | | | Subtotal ▶ | $ 4,683.30 |
| | | | | | | Total ▶ | $ 3,747,617.63 |

Sheet no. __10__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re    BVN Homes, Inc.    ,    Case No.    
                Debtor                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Alarcon Sons, Inc.<br>5111 Gayhurst Avenue<br>Baldwin Park, CA 91706 | Finish Grading<br>Purchaser |
| Builders Termite & Pest Control, Inc.<br>1139 S. Placentia Ave.<br>Fullerton, CA 92831 | Pest Control<br>Purchaser |
| Creative Outdoor Advertising<br>2900 Adams Street, Suite B-16<br>Riverside, CA 92504 | Marking<br>Purchaser |
| Desert Lighting Solutions, Inc.<br>77-919 Las Montanas Rd.<br>Palm Springs, CA 92211 | Lighting/Fixtures<br>Purchaser |
| Earth Systems Southwest<br>P.O. Box 3757<br>San Luis Obispo, CA 93403 | Engineering Services<br>Purchaser |
| Elecore, Inc.<br>8188 Lincoln Ave., Ste. 100<br>Riverside, CA 92504 | Fireplaces<br>Purchaser |

B 6G (Official Form 6G) (12/07)

In re  **BVN Homes, Inc.**          ,          Case No._____ (if known)
          **Debtor**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| National Tractor Service, Inc. 5111 Gayhurst Avenue Baldwin Park, CA 91706 | Finish Grading Purchaser |
| New Concepts Landscaping 1000 N. Caballeros St. Palm Springs, CA 92262 | Landscaping Purchaser |
| Nolte Beyond Engineering 2495 Natomas Park Drive, 4th FL Sacramento, CA 95833 | Engineering Services Purchaser |
| Paragon Schmid Building Products P.O. Box 3419 Rancho Cucamonga, CA 91729 | Mirrors/Garage Doors Purchaser |
| PBC Companies 1560 W. Lambert Rd. Brea, CA 92821 | Flatwork Purchaser |
| Peterson Brothers Construction 1560 W. Lambert Rd. Brea, CA 92821 | Concrete/Foundation/Slabs Purchaser |

B 6G (Official Form 6G) (12/07)

In re __BVN Homes, Inc.__ , Case No. _____ (if known)
     **Debtor**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PMA Advertising & PR, Inc.<br>550 S. Oleander Road<br>Palm Springs, CA 92265 | Marketing<br>Purchaser |
| Tandem West Glass, Inc.<br>P.O. Box 10020<br>Indio, CA 92202 | Glass<br>Purchaser |
| Temp Power Systems<br>625 S. Fee Ana Street<br>Placentia, CA 92870 | Temporary Power<br>Purchaser |
| United Site Services of CA, Inc<br>Southern Division<br>3408 Hillcap Avenue<br>San Jose, CA 95136 | Temporary Fencing<br>Purchaser |
| West Coast Property Consultant<br>8801 Kennemar Drive<br>San Diego, CA 92121 | Inspections for Lender<br>Purchaser |
| | |

Form B6 - Declaration (Rev. 12/07)

2007 USBC, Central District of California

In re _____ BVN Homes, Inc. _____

Debtor.   Case No.: _____
(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____   Signature: _____
Debtor

Date _____   Signature: _____
(Joint Debtor, if any)
[If joint case, both spouses must sign.]

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer   Social Security No.
(Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

_____
_____

Address

X _____
Signature of Bankruptcy Petition Preparer   Date _____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Geoffrey S. Payne [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the corporation [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date January 4, 2010   Signature: _____

Geoffrey S. Payne
[Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.